No. 90–1332. COHEN *v.* BERGER. Ct. App. N. Y. Certiorari denied.

No. 90–1334. WALSH *v.* VIRGINIA (two cases). Ct. App. Va. Certiorari denied.

No. 90–1335. NOLAN, ADMINISTRATOR OF THE ESTATE OF JOHNSON, ET AL. *v.* BOEING CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–1339. VULCAN EQUIPMENT CO. LTD. *v.* CENTURY WRECKER CORP. C. A. Fed. Cir. Certiorari denied.

No. 90–1343. BOND *v.* ST. JOSEPH'S HOSPITAL, INC., ET AL. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 90–1348. SMITH *v.* TOWN OF EATON, INDIANA, ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–1358. ODEN ET AL. *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 8th Cir. Certiorari denied.

No. 90–1374. TRESHMAN *v.* TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 90–1383. VERDUGO *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 90–1392. CURRIER ET AL. *v.* BALDRIDGE ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–1393. KUNTZ *v.* CITY OF DAYTON, OHIO, ET AL. (two cases). Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 90–1426. TURNAGE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–1439. DIMYAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–1453. DeSCISCIO *v.* UNITED STATES; DERRICO *v.* UNITED STATES; and DANIELLO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 919 F. 2d 733.